UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

| | |
|---|---|
| CASE NO. 8:07-CV-1332-T-TGW | DATE: JULY 21, 2010 |

TITLE: LARA JADE COTON -v- TELEVISED VISUAL, etc., et al

# Honorable THOMAS G. WILSON

| | |
|---|---|
| Court Reporter: Janie Gibbs | Deputy Clerk: Carrie Williams |
| Tape: Digital    Time: 10:40 - 12:05 | Courtroom 12A |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Richard Harrison | |

**PROCEEDING: BENCH TRIAL**

Court convened. Defendants did not appear and no one appeared for defendants. Plaintiff dismissed counts 10 and 11. Plaintiff moved for admission of Exhibits 1-12, 14-46 (13 and 47 contain sensitive material); admitted. Plaintiff's witness LARA JADE COTON sworn & testified (10:46); witness excused. Closing argument by plaintiff. Post-trial brief due in 15 days; court recessed.

PLAINTIFF'S EXHIBITS ADMITTED: 1-12, 14-46