UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARA JADE COTON,

    Plaintiff,

-v-                          CASE No. 8:07-CV-1332-T-TGW

TELEVISED VISUAL X-OGRAPHY,
etc., et al.,

    Defendants.

---

### ORDER

At the conclusion of the bench trial in this case, the plaintiff requested, and received, fifteen (15) days to file a memorandum of law concerning damage calculations.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this ___ day of July, 2010.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE