UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARA JADE COTON,

    Plaintiff,

v.  :  CASE No. 8:07-CV-1332-T-TGW

TELEVISED VISUAL
X-OGRAPHY, INC., etc. et al.,

    Defendants.

### ORDER

THIS CAUSE came on to be heard upon the trial on damages in this case. At the commencement of the trial, the plaintiff voluntarily dismissed defendants Cyber Services, LLC, and Tricon Interactive, Inc., from this case.

It is, therefore, upon consideration

ORDERED:

That defendants Cyber Services, LLC, and Tricon Interactive, Inc., are hereby **DISMISSED WITH PREJUDICE**.

DONE and ORDERED at Tampa, Florida, this 21st day of July, 2010.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE